# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN AT DETROIT

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 17-46554-mar |
| **Gwendolyn W Turner,** | Hon. Mark A. Randon |
| **Debtor.** | |
| _____/ | |

## STIPULATION TO MODIFY THE AUTOMATIC STAY AS TO US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

The parties hereby stipulate to the terms and conditions as set forth in the attached order.

/s/ Jared Loyal Haddock with consent
Jared Loyal Haddock (P69802)
Attorney for Debtor
29240 Buckingham St Ste 8C
Livonia, MI 48154-4575
Ph: (734) 427-7000


/s/ Panayiotis D. Marselis
Panayiotis D. Marselis, (P66572)
Hladik, Onorato & Federman, LLP
Attorney for Creditor,
US BANK TRUST NATIONAL ASSOCIATION
AS TRUSTEE OF CABANA SERIES III TRUST
2390 W. Big Beaver Rd., Ste. 117
Troy, MI 48084
(248) 519-4112
pmarselis@hoflawgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN AT DETROIT

In re:  Chapter 13
Case No. 17-46554-mar
Gwendolyn W Turner,  Hon. Mark A. Randon

       Debtor.
_____/

## ORDER MODIFYING THE AUTOMATIC STAY AS TO US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

PURSUANT TO THE STIPULATION OF THE PARTIES:

IT IS ORDERED:

That Creditor, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST holds a mortgage interest in the real estate commonly known as 8112 Cloverdale Ave, Ferndale, MI 48220

That in the event the Debtor/s default(s) in future payments to the Chapter 13 Trustee, Creditor, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST, its successors and assigns, shall notify Debtor/s and Debtors' counsel of said default by the filing of a notice of default which shall be served on Debtor/s and Debtor's/s' counsel. If the Debtor/s fail(s) to cure the default in payments/insurance as indicated in the notice within twenty five (25) days of the date of the notice, the Automatic Stay as to the Debtor and Co-Debtor's Stay shall be lifted without further notice or hearing, upon the filing of an Affidavit of Failure to Cure the default and submission of an order terminating the automatic stay to the Court for signature.

In the event the Debtor/s cause(s) the payments to lapse on their account on more than two occasions, subsequent to the entry of the order, the Debtor/s will not be permitted an opportunity to cure said default and the automatic stay shall be lifted upon the filing of an Affidavit of Default.

IT IS SO ORDERED.